■ In the Matter of PHILIP D. ALLEYNE, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Bastow, JJ.

■ In the Matter of MICHAEL GOLODETZ et al., Doing Business as M. GOLODETZ & COMPANY, against TIMBLO IRMAOS LIMITADA.—Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente and McNally, JJ.

■ In the Matter of the Accountings of the BANK OF NEW YORK, as Trustee of Trusts Established by LOUISE P. COWLES and Others, Appellant. ERNEST F. COWLES, Appellant; ELIZABETH R. VAN NORDEN et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, and Valente, JJ.

■ HENRY DE JONG v. HOTEL ROOSEVELT CORPORATION et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P. Rabin, Valente and McNally, JJ.

■ WARREN S. TENNEY, Suing as a Director of New York Water Service Corp. v. RICHARD L. ROSENTHAL et al.— Motions for leave to appeal to the Court of Appeals granted. Settle orders. Concur — Breitel, J. P., Rabin, McNally and Bastow, JJ.

■ In the Matter of CHARLES P. CULLEN, as Treasurer of New York Fire Insurance Rating Organization, et al., against LEFFERT HOLZ, as Superintendent of Insurance of the State of New York, et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank and Bastow, JJ.

■ SAMUEL HURWITZ v. SARAH M. HURWITZ.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente and McNally, JJ.

■ HILDA M. CARDY v. VERNON G. CARDY.— Motion for leave to reargue denied but motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Breitel, J. P., Rabin, McNally and Bastow, JJ.

■ SAMUEL J. GREENBERG et al. v. RICHARD S. CHILDS et al. MEYER HOLSTEIN, on Behalf of Himself and All Other Stockholders of BON AMI COMPANY v. ALEXANDER L. GUTERMA et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ JOSEPH AGATI v. HOTEL ROOSEVELT CORPORATION.— Application denied, with $10 costs, and the stay contained in the order to show cause dated November 25, 1958 vacated. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ TWO PARK AVENUE COMPANY v. INTERMEDIATE FACTORS CORPORATION et al.— Application denied, with $10 costs, and the stay contained in the order to show cause dated December 17, 1958 vacated. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ HULBERT D. BASSETT v. BERMINGHAM, CASTLEMAN & PIERCE, INC.— Application denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ HULBERT D. BASSETT v. BERMINGHAM, CASTLEMAN & PIERCE, INC.— Motion for stay denied and the stay contained in the order to show cause, dated December 11, 1958, is vacated. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ 216 GARAGE, INC. v. LOUIS A. ROTH et al.— Motion to dismiss appeal denied and the appeal from the order of January 9, 1958 is permitted to be